UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Holly Ashby v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10348-DRH |
| *Regina Criscione v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11380-DRH |
| *Katherine Jensen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10532-DRH |
| *Bethany Jones v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10494-DRH |
| *Diane McMorris v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10975-DRH |
| *Keiko Mori v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10385-DRH |
| *Lori Olson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10140-DRH |
| *Chantel Owens v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10493-DRH |
| *Camille Parberry-Waller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10388-DRH |
| *Mallori Pulver v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10429-DRH |
| *Maryann Van Ausdall v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12432-DRH |

*Rebecca Withers v. Bayer HealthCare*      No. 11-cv-10594-DRH
*Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 19, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                         NANCY J. ROSENSTENGEL,
                         CLERK OF COURT

                         BY: /s/*Sara Jennings*
                         **Deputy Clerk**

**Dated:** March 20, 2014

Digitally signed by David R. Herndon
Date: 2014.03.20 05:16:45 -05'00'

**APPROVED:**
     **CHIEF JUDGE**
     **U. S. DISTRICT COURT**